384 A.2d 986

Commonwealth v. Jonnet, Appellant.

600

Argued November 16, 1977. David Abrams, with him Ira R. Mazer, for appellant; Frederick F. Coffroth, District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.